ACCEPTED
04-15-00474-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/28/2015 4:51:49 PM
KEITH HOTTLE
CLERK

No. _____04-15-00474-CV_____

Court of Appeals, Fourth District
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

07/28/2015 4:51:49 PM

KEITH E. HOTTLE
Clerk

*In re* State Farm Lloyds

Relating to Cause Nos. 2014-CVF-001162-D1, 2014-CVF-001048-D1
in the 49th Judicial District Court
Webb County, Texas

## OPPOSED MOTION FOR TEMPORARY RELIEF
## STAYING THE SHARING OF DISCOVERY PENDING MANDAMUS

**J. Joseph Vale**
jvale@atlashall.com
State Bar No. 24084003
**Sofia A. Ramon**
sramon@atlashall.com
State Bar No. 00784811
**Dan K. Worthington**
dkw@atlashall.com
State Bar No. 00785282
**ATLAS, HALL & RODRIGUEZ, LLP**
818 Pecan/P.O. Box 3725
McAllen, Texas 78501
(956) 682-5501 (phone)
(956) 686-6109 (facsimile)

Attorneys for Relator
State Farm Lloyds

July 28, 2015

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Relator State Farm Lloyds ("State Farm") files this motion for temporary relief requesting a stay of identical sharing provisions in protective orders entered in two cases, permitting State Farm's confidential information to be shared with other litigants in "Related Litigation." (Rec. Tab 18, Rec Tab. 19.)[1] State Farm respectfully submits that the sharing provision in each of these orders fails to adequately protect State Farm's proprietary materials from unnecessary and unreasonable dissemination. If Plaintiffs' counsel is permitted to share discovery with litigants whose cases bear only a tenuous relationship to these cases, it will cause irreparable harm and undermine this mandamus proceeding. Moreover, because the discovery Plaintiffs will receive is unaffected by whether their counsel can share that discovery with other litigants, Plaintiffs will not be prejudiced by a temporary stay of the provision providing for sharing. Accordingly, State Farm requests temporary relief pursuant to Tex. R. App. P. 52.10, briefly staying the sharing provision in each of Respondent's orders during the pendency of this proceeding.

---

[1] The protective orders entered in each of the two cases at issue here, *Pena v. State Farm Lloyds et al.*, Cause No. 2014-CVF-001048-D1, and *Rodriguez v. State Farm Lloyds et al.*, Cause No. 2014-CVF-001162-D1, contain identical sharing provisions. State Farm seeks a stay of the operation of this provision in each case.

## ARGUMENT

A stay pending mandamus is warranted because (1) the merits strongly favor mandamus relief; (2) in the absence of a stay, State Farm will face considerable prejudice because its confidential information will have been disseminated unnecessarily; (3) discovery sharing will have wide-ranging effects; and (4) Plaintiffs will suffer no prejudice from the short delay pending mandamus.

*First*, the merits of State Farm's petition strongly favor mandamus relief. As set forth more fully in State Farm's petition, Respondent's protective orders contain an overly broad sharing provision which allows Plaintiffs' counsel to share State Farm's confidential information with litigants who would not otherwise have access to it. Respondent's orders permit Plaintiffs' counsel to share certain confidential information in other "Related Litigation" against State Farm which lacks reasonable temporal, geographic, or scope limitations. Because the sharing provision is not narrowly tailored, it does not adequately protect State Farm's confidential information.

*Second*, in the absence of a stay pending mandamus, State Farm would be faced with the irreparable harm it is seeking to prevent: the unnecessary and unwarranted dissemination of its confidential information. Thus, without a stay, even if this Court decides the petition is meritorious, State Farm would be unable to remedy the harm of over-dissemination. This is the very reason that State Farm

3

has no adequate remedy on appeal and has sought review by mandamus. *See In re Ford Motor Co.*, 211 S.W.3d 295, 302 (Tex. 2006) (orig. proceeding) (per curiam) (no adequate remedy by appeal when trial court declared documents fell outside of protective order). Further, Texas courts have stayed trial court orders pending mandamus where the protection of confidential information is at stake. *See, e.g.*, *In re Guidant Corp.*, No. 13-06-00036-CV, 2008 WL 4257243, at *1, 2008 Tex. App. LEXIS 6923 (Tex. App.—Corpus Christi Sept. 15, 2008, orig. proceeding) (mem. op.) (per curiam) (describing prior stay of trial court's order striking a stipulated protective order). Notably, this Court recently granted a stay of another of Respondent's discovery orders in these cases from which State Farm has also sought mandamus relief. *See In re State Farm Lloyds*, No. 04-15-00451-CV, Order (Tex. App.—San Antonio July 22, 2015) (per curiam) (Ex. A).[2]

***Third***, the effects of the sharing provision in each of Respondent's orders are not limited to the two underlying cases. In fact, they primarily relate to *other* cases. The provision permits Plaintiffs' counsel to share confidential information produced in these cases in "Related Litigation" brought against State Farm, defined broadly as any "first-party lawsuit filed in Texas by The Mostyn Law Firm arising out of a claim for damages to residential, commercial, or personal property as a

---

[2] Available at:

http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=2ce01f46-08f1-48a0-a1b3-aa22addb3082&coa=coa04&DT=Order&MediaID=cc0026a5-f5d8-47a2-b9b0-2e994f207c0c.

result of a hailstorm that occurred in Texas." (Rec. Tab 18 ¶ 1, Rec. Tab 19 ¶ 1). Respondent's orders will thus necessarily have an impact on the conduct of discovery in any case which qualifies as "related" under this overly broad definition.

*Fourth*, Plaintiffs will suffer no prejudice from the short delay pending resolution of State Farm's petition. Discovery in this case will proceed regardless of whether Plaintiffs' counsel is permitted to share that discovery with other litigants. Plaintiffs will thus suffer no prejudice from the minor delay pending resolution of State Farm's petition.

## **PRAYER**

For the foregoing reasons, State Farm's motion for temporary relief should be granted and the sharing provision in Respondent's July 13, 2015 protective orders should be stayed during the pendency of this proceeding.

Respectfully submitted,

/s/ J. Joseph Vale
**J. Joseph Vale**
jvale@atlashall.com
State Bar No. 24084003
**Sofia A. Ramon**
sramon@atlashall.com
State Bar No. 00784811
**Dan K. Worthington**
dkw@atlashall.com
State Bar No. 00785282
**Atlas, Hall & Rodriguez, LLP**
818 Pecan/P.O. Box 3725
McAllen, Texas 78501
(956) 682-5501 (phone)
(956) 686-6109 (facsimile)

Attorneys for State Farm Lloyds

6

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rules of Appellate Procedure 10.1(a)(5) and 52.10(a), Dan K. Worthington, counsel for State Farm, notified counsel for plaintiffs by expedited means, specifically via telephone, that this motion is being filed. The plaintiffs are opposed to said motion.

/s/ J. Joseph Vale
J. Joseph Vale

# CERTIFICATE OF SERVICE

I certify that the foregoing document (and any attachments) was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on all counsel of record on July 28, 2015, as follows:

| Recipient: | Attorney for: | Served by: |
|---|---|---|
| **J. Steve Mostyn** (jsmdocketefile@mostynlaw.com) THE MOSTYN LAW FIRM 3810 West Alabama Street Houston, Texas 77027 Fax: 713-714-1111<br><br>*and*<br><br>**Gilberto Hinojosa** (ghinojosa@ghinojosalaw.net) LAW OFFICE OF GILBERTO HINOJOSA, P.C. 622 E. Saint Charles St. Brownsville, Texas 78520 Fax: 956-544-1335 | Plaintiffs/real parties in interest<br><br>Raul Rodriguez, Noemi Rodriguez, and Alma Pena | Electronically if available, or by facsimile |
| **Hon. Jose A. Lopez** Webb County Courthouse 1110 Victoria St. Suite 304 Laredo, Texas 78040 | Trial judge/respondent | Certified mail, return receipt requested |

/s/ J. Joseph Vale
J. Joseph Vale

8



EXHIBIT A

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2015

No. 04-15-00451-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Jason Pulliam, Justice

On July 20. 2015, relator State Farm Lloyds filed a petition for writ of mandamus and an opposed motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 13, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The trial court's order signed July 16, 2015 requiring relator to produce specified documents in response to plaintiffs' requests for production is temporarily stayed pending final resolution of the mandamus petition filed in this court.

It is so **ORDERED** on July 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162 D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048 D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.